CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEZON SHIPPING LTD.,

                  Plaintiff,

    v.

INTERNATIONAL OIL OVERSEAS INC.,
also known as IOOI,

                  Defendant.
-------------------------------------------------------------X

07 CV 11363

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, BEZON SHIPPING LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
         December 18, 2007

                                          CHALOS, O'CONNOR & DUFFY, LLP
                                          Attorneys for Plaintiff,
                                          BEZON SHIPPING LTD.

              By: _____
                         Owen F. Duffy (OD-3144)
                         George E. Murray (GM-4172)
                         366 Main Street
                         Port Washington, New York 11050
                         Tel: (516) 767-3600
                         Fax: (516) 767-3605