$STEIN, S$

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEZON SHIPPING LTD.,

                         Plaintiff,

            v.

INTERNATIONAL OIL OVERSEAS INC.,
also known as IOOI,

                         Defendant.
-----------------------------------------------------------------X

**JUDGE STEIN**

**07 CV 11363**

07 CV _____ ( ___ )

**ORDER FOR ISSUANCE
OF A PROCESS OF
MARITIME
ATTACHMENT**

Upon reading the Verified Complaint requesting issuance of Process of Maritime

Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto,

and the Court finding that the conditions for an attachment under Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims Admiralty to the Federal

Rules of Civil Procedure appear to exist, it is this day, by the United States District Court

for the Southern District of New York, hereby

        **ORDERED** that the Clerk shall issue a Process of Maritime Attachment and

Garnishment as prayed for in the Verified Complaint; and it is further

        **ORDERED** that the Process of Attachment issued by the Clerk shall be against

all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts

owned by or owed to the Defendant INTERNATIONAL OIL OVERSEAS INC. also

known as IOOI or monies to be paid to discharge a debt owed to the Defendant,

including monies being electronically transferred by or to INTERNATIONAL OIL

OVERSEAS INC. also known as IOOI which are in the possession or control of, or

being transferred through any garnishee within this District, including, without limitation,

property held by or in the possession or control of the following garnishee(s):

1.  American Express Bank Ltd.
    c/o Zeichner Ellman & Krause, LLP
    Legal Counsel for Bank of America
    575 Lexington Avenue, 10th floor
    New York, New York 10022

2.  Bank of America, National Association
    c/o Zeichner Ellman & Krause, LLP
    Legal Counsel for Bank of America, N.A.
    575 Lexington Avenue, 10th floor
    New York, New York 10022

3.  Bank of New York
    120 Broadway, 19th Floor
    New York, New York

4.  Citibank, N.A.
    Legal Service Intake Unit
    1 Court Square, 7th Floor
    Long Island City, NY 11120

5.  Deutsche Bank Trust Company Americas
    60 Wall Street
    New York, New York 10005

6.  HSBC Bank U.S.A., National Association
    452 Fifth Avenue
    New York, New York

7.  JPMorgan Chase Bank, National Association
    One Chase Manhattan Plaza
    New York, New York 10081

8. Malayan Banking Berhad
   400 Park Avenue, 9th Floor
   New York, New York 10022-4406

9. Mashreq Bank psc
   50 Broadway
   New York, NY 10004-6516

10. National Bank of Egypt
    40 East 52nd Street
    New York, New York 10022-5911

11. National Bank of Pakistan
    100 Wall Street, 21st Floor
    New York, New York 10005-3701

12. Standard Chartered Bank
    One Madison Avenue
    New York, NY 10010

13. Turkiye Vakiflar Bankasi T.A.O.
    680 Fifth Avenue, 23rd Floor
    New York, New York 10019-5429

14. UBS AG
    299 Park Avenue
    New York, New York, 10017

15. Wachovia Bank, National Association
    11 Penn Plaza
    New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy

of the Process of Maritime Attachment and Garnishment herein may be served, in an

amount up to the amount sued for, *i.e.*, $102,223.84, it is further

**ORDERED** that any person claiming an interest in the property attached or

garnished pursuant to said Order shall, upon application to the Court, be entitled to a

prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

4

Dated:  New York, New York
        December/_, 2007

SO ORDERED:

_____

U. S. D. J.

A CERTIFIED COPY
J. MICHAEL McMAHON,          CLERK

BY _____
                    DEPUTY CLERK

5