CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEZON SHIPPING LTD.,

          Plaintiff,

    v.

INTERNATIONAL OIL OVERSEAS INC.,
also known as IOOI,

          Defendant.
------------------------------------------------------------X

07 CV 11363

07 CV _____ (___)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 18th day of December, 2007, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, INTERNATIONAL OIL OVERSEAS INC., a.k.a. IOOI.

Dated: New York, New York
       December __, 2007

SO ORDERED:

_____
U.S.D.J.

J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK