CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEZON SHIPPING LTD.,

                        Plaintiff,

     v.

INTERNATIONAL OIL OVERSEAS INC.,
also known as IOOI,
TARAZONA SHIPPING CO., S A,
QUOIN ISLAND MARINE WL,
GRESHAM WORLD SHIPPING, and
BAKRI TRADING COMPANY INC.,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2008

07 CV 11363 (SHS)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

     An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 18th day of January, 2008 and good cause having been shown, it is hereby

     **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the

First Amended Process of Maritime Attachment and Garnishment and First Amended Verified Complaint upon the garnishee(s) listed in the First Amended Verified Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant(s), INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC.

Dated: New York, New York
January 22, 2008

SO ORDERED:

_____
Hon. Sidney H. Stein, U. S. D. J.

2