CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BEZON SHIPPING LTD.,

                                    Plaintiff,

                                                                    07  CV  11363 (SHS)

            v.


INTERNATIONAL OIL OVERSEAS INC.,            **ATTORNEY'S AFFIDAVIT**
also known as IOOI,                                            **THAT DEFENDANTS**
TARAZONA SHIPPING CO., S A,                      **CANNOT BE FOUND**
QUOIN ISLAND MARINE WL,                          **WITHIN THE DISTRICT**
GRESHAM WORLD SHIPPING, and
BAKRI TRADING COMPANY INC.,

                                    Defendants.
---------------------------------------------------------------X
STATE OF NEW YORK      :
                                      : ss.
COUNTY OF NASSAU       :


        This affidavit is executed by the attorney for the Plaintiff, BEZON SHIPPING

LTD., (hereinafter "BEZON"), in order to secure the issuance of a Summons and First

Amended Process of Attachment and Garnishment in the above-entitled, *in personam*,

Admiralty cause.


        Owen F. Duffy, being first duly sworn, deposes and states:

1.    I am a partner of the firm of Chalos, O'Connor & Duffy LLP representing Plaintiff, BEZON, in this case.

2.    I have personally inquired or have directed inquiries into the presence of Defendants INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC. in this District.

3.    I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of January 18, 2008, the Defendants INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC. are not incorporated pursuant to the laws of New York, are not qualified to conduct business within the State of New York and have not nominated agents for the service of process within New York because the Secretary of State of the State of New York has no records for the Defendants INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC.

4.    I have inquired of Verizon Telephone Company whether the Defendants INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC. can be located within this District. The Verizon Telephone Company has advised me that the Defendants do not have any telephone number listings within this District.

5.    I have further consulted with several other telephone directories on the internet, and I have found no telephone listing or address for the Defendants INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA

SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD
SHIPPING, and BAKRI TRADING COMPANY INC. within this District.

6.    I have further made several searches on the internet with various search
engines and maritime websites, and I have found no indication that the Defendants
INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA
SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD
SHIPPING, and BAKRI TRADING COMPANY INC. can be found within this District.

7.    In that I have been able to determine that the Defendants
INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA
SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD
SHIPPING, and BAKRI TRADING COMPANY INC. are not based in the United States
of America and that I have found no indication that the Defendants INTERNATIONAL
OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A,
QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI
TRADING COMPANY INC. can be found within this District, I have formed a good
faith belief that the Defendants INTERNATIONAL OIL OVERSEAS INC., also known
as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL,
GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC. do not have
sufficient contacts or business activities within this District to defeat maritime attachment
under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth
in the Federal Rules of Civil Procedure.

8.    It is my belief, based upon my own investigation that the Defendants
INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA
SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD
SHIPPING, and BAKRI TRADING COMPANY INC. cannot be found within this
District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and
Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Port Washington, New York
      January 18, 2008

                                                           CHALOS, O'CONNOR & DUFFY, LLP
                                                           Attorneys for Plaintiff,
                                                           BEZON SHIPPING LTD.

By: _____
                                                           Owen F. Duffy (OD-3144)
                                                           366 Main Street
                                                         Port Washington, New York 11050
                                                         Tel:  (516) 767-3600
                                                         Fax:  (516) 767-3605

Subscribed and sworn to before me this
January 18, 2008

_____
Notary Public, State of New York

              GEORGE E. MURRAY
          Notary Public, State of New York
              No. 02MU6108120
          Qualified in New York County
        Commission Expires April 12, 2008