CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
BEZON SHIPPING LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEZON SHIPPING LTD.,

      Plaintiff,

      07 CV 11363 (SHS)

  v.

      **NOTICE OF**
INTERNATIONAL OIL OVERSEAS INC.,  **VOLUNTARY**
also known as IOOI,      **DISMISSAL**
TARAZONA SHIPPING CO., S A,
QUOIN ISLAND MARINE WL,
GRESHAM WORLD SHIPPING, and
BAKRI TRADING COMPANY INC.,

      Defendants.
-----------------------------------------------------------X

  PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, BEZON SHIPPING LTD., as to the all of the Defendants, INTERNATIONAL OIL OVERSEAS INC., also known as IOOI, TARAZONA SHIPPING CO., S A, QUOIN ISLAND MARINE WL, GRESHAM WORLD SHIPPING, and BAKRI TRADING COMPANY INC., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. None of the Defendants have appeared, answered, or filed

a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
March 4, 2008

                    CHALOS, O'CONNOR & DUFFY LLP
                    Attorneys for Plaintiff,
                    BEZON SHIPPING LTD.

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel:    516-767-3600
Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
March 7, 2008

_____
Hon. Sidney H. Stein, U.S.D.J.

2